# EXHIBIT E

| From: | Giblin, Sallie <sgiblin@lockton.com> |
|---|---|
| Sent: | Tuesday, November 29, 2022 10:33 AM |
| To: | Clune, Peter F. |
| Cc: | Lockton, Ron; Humphrey, Trey; Sallie Giblin |
| Subject: | My Resignation |

Dear Peter,

Effective immediately, I am resigning as a Producer at Lockton, including membership in Lockton Companies, LLC – Pacific Series; Lockton Partners, LLC; Lockton Financial Advisors, LLC; and Lockton Investment Advisors, LLC. While I believe I have no obligation to do so, please let me know if I may be of assistance to Lockton with respect to answering any specific questions regarding client issues that may arise in the next few weeks.

I would like to arrange to immediately return the Lockton "Property" (as defined in my agreements with Lockton) in my possession, including access card keys for the San Diego, Irvine, Los Angeles, and San Francisco offices; parking garage transponder for the San Diego office; 7 pages of postage from Stamps.com; Diners credit card (never activated); 4 pens/highlighters; Lockton screen cleaner; and an envelope containing all hard copies of notes and other documents belonging to Lockton in my possession.

I would also like to request the return of my personal property (my daughter's framed artwork, glass awards, family photographs, and other personal mementos) from my office this week. Please provide a few times when the office can be made available, and I will arrange to have the items picked up.
I would also like to arrange for the immediate return to Lockton of any of Lockton's allegedly "Confidential Information" (as defined in my agreements with Lockton) that I may currently possess in electronic form as a result of my performing work for Lockton consistent with my obligations under my agreements with Lockton. Please have someone contact me at their earliest opportunity to provide me with guidance as to how I should return any materials that I may still have in my possession.

I will not access, use, or disclose any of Lockton's allegedly "Confidential Information" from this point forward (and will be logging out, immediately after sending this letter, of all of my Lockton digital accounts, including email), and I understand that my new employer will perform a remediation process as part of my onboarding to ensure that I no longer possess any of Lockton's allegedly "Confidential Information." Please have someone contact me to effectuate a smooth transition.

Because of my awareness that communications from my personal e-mail address would not timely reach you (because of spam filters), I am sending this communication from my Lockton e-mail address, though I do consider this communication to be personal in nature. By CC'ing my personal e-mail, this will serve as my personal, retained copy.

You will be hearing from my lawyer Michael A. Sherman of Stubbs Alderton & Markiles, LLP shortly. If you have a question about a specific account, please call me directly. With respect to any other matters referenced above or relevant to my transition, please contact my lawyer.

All the best,

~Sallie

**Sallie Giblin**
President, San Diego & Irvine
Lockton Companies, LLC
Mobile 858.945.4038

Office 858.587.3121